RICHARD LLOYD SHERMAN, ESQ. (STATE BAR NO. 106597)
KEN NATHANSON, ESQ. (STATE BAR NO. 77556)
CRAIG J. ENGLANDER, ESQ. (STATE BAR NO. 157945)
**SHERMAN & NATHANSON**
9454 Wilshire Boulevard, Suite 820
Beverly Hills, California 90212-2929
Telephone: (310) 246-0321
Facsimile: (310) 246-0305

STEVEN T. LOWE, ESQ. (STATE BAR NO. 122208)
**LAW OFFICES OF STEVEN T. LOWE**
11400 Olympic Boulevard, Suite 600
Los Angeles, California 90064
Telephone: (310) 477-5811
Facsimile: (310) 477-7672

Attorneys for Plaintiff
KELVIN WILLIAMS individually and d/b/a
UPRISE PRODUCTIONS



FILED
CLERK, U.S. DISTRICT COURT
MAR 29 2002
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority
Send  X
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELVIN WILLIAMS individually and d/b/a UPRISE PRODUCTIONS<br><br>Plaintiff,<br><br>v.<br><br>UMG RECORDINGS, INC., a Delaware corporation; UNIVERSAL MUSIC & VIDEO DISTRIBUTION, INC., a Delaware Corporation; CASH MONEY RECORDS, INC., a Texas corporation; JEFFREY PANZER, an individual; RONALD WILLIAMS, an individual; and BRYAN WILLIAMS, an individual; GARY HUCKABY, an individual; ELSTON HOWARD, an individual<br>Defendants. | CASE NO. 01-03135 RJK<br><br>[PROPOSED] ORDER ON EX PARTE APPLICATION FOR AN ORDER PERMITTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT<br><br>Filing Date: March 26, 2002<br>Courtroom: 840 |

The Court having considered Plaintiff's Ex Parte Application for an Order Permitting Plaintiff Leave to File First Amended Complaint, the declaration submitted and the Points and Authorities filed in support of the Ex Parte Application, oral argument (if any);

APR -1 2002

**IT IS HEREBY ORDERED** the proposed first amended complaint lodged with the

1  Court with this application be deemed filed and served. Defendants' may rely on their
2  presently filed responsive pleadings to the original complaint or file answers to the First
3  Amended Complaint.

5  DATED:    MAR 29 2002

6        By _____
7        The Honorable Robert J. Kelleher, Judge of
         the United States District Court

| | |
|---|---|
| 1 | STATE OF CALIFORNIA ) |
| | ) ss. |
| 2 | COUNTY OF LOS ANGELES ) |

3

4   I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: FIRST COURIER SERVICE, 1155 West Beverly Boulevard, Los Angeles, California.

5

6   On March 26, 2002, I served the foregoing DOCUMENT: [PROPOSED] ORDER ON EX PARTE APPLICATION FOR AN ORDER PERMITTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT, upon the interested parties in this action by facsimile machine to:

| NICOLE HARRIS, ESQ.<br>JEFFREY D. GOLDMAN<br>RUSSELL J. FRACKMAN<br>MITCHELL, SILBERBERG & KNUPP, LLP<br>11377 West Olympic Boulevard<br>Los Angeles, California 90064-1683<br>(310) 312-2000 Telephone<br>(310) 312-3100 Facsimile<br><br>STEVEN T. LOWE<br>THE LAW OFFICES OF STEVEN T. LOWE<br>11400 Olympic Blvd., Suite 600<br>Los Angeles, California 90064 | JORDAN D. GROTZINGER<br>JEFF E. SCOTT<br>GREENBERG TRAURIG<br>2450 Colorado Avenue, Suite 400E<br>Santa Monica, California 90404<br>(310) 586-7700 Telephone<br>(310) 586-7800 Facsimile |

15  ☐  **(By Mail [Federal])** I placed such envelope with postage thereon fully prepaid in the UNITED STATES POSTAL SERVICE at Beverly Hills, California.

16  ☐  **(By Mail [State])** I am readily familiar with the practice for the collection and processing of correspondence for mailing with the UNITED STATES POSTAL SERVICE; such envelope will be deposited with the UNITED STATES POSTAL SERVICE on the above date according to ordinary business practices.

19  ☐  **(Via Facsimile)** By transmitting from my business address a true copy thereof from sending facsimile machine (310) 246-0305 addressed to each individual at its facsimile telephone number set forth above at the time indicated on the transmission verification sheet attached hereto.

21  ☒  **(Via Personal Service)** I delivered such envelope by hand to the offices of the addressee.

22  ☒  **Executed on March 26, 2002, at Beverly Hills, California.**

23  ☐  **(State)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

25  ☒  **(Federal)** I declare that I am employed in the office of a member of the bar of this Court at whose discretion the service was made.

_____
MESSENGER

Proof of Service